# Wafer & Beach Club

## PROUDLY PRESENTS THIS CERTIFICATE TO

## LUIS RODRÍGUEZ

Nominee for Associate of the Month JULY - 2006

### KEEP UP THE EXCELLENT JOB!

Bob Sassani
General Manager

Maribel Rivera
Human Resources Director

# Wafer & Beach Club

*PROUDLY PRESENTS THIS CERTIFICATE TO:*

## LUIS RODRÍGUEZ

*IN RECOGNITION FOR ASSOCIATE OF THE MONTH OF AUGUST 2006*

"Keep up the excellent work."

*Bob Sassani*
General Manager

*Maribel Rivera*
Director of Human Resources

September 13, 2006

Luis Rodríguez
Engineering

Dear Luis:

Congratulations!

You have been awarded Associate of the Month of August-2006.

On behalf of the San Juan Water & Beach Club hotel, we would like to thank you for your dedication to customer service, your quality of work for internal and external guests, and for your exceptional attitude. Its associates like you who make the difference. With your consistent efforts, you have helped create a company that is second to none in the industry.

As part of this recognition program, you will receive a check for $75.00, a paid day off, please arrange with Roque, and a plaque.

Again, thank you and keep up the excellent job!

Sincerely,

Bob Sassani
General Manager

Cc: Personnel File

2 TARTAK STREET
ISLA VERDE
PUERTO RICO 00979

PHONE: 787-728-3666
FAX: 787-728-3610

waterbeachclubhotel.com

# Antilles Intermediate School

## Recognition for Volunteer Service

### Awarded to

### Mr. Luis Rodriguez

*In appreciation for your outstanding contribution and dedicated efforts as a partner in the education of our AIS students!*

Fort Buchanan, Puerto Rico

May 2007

Joseph Motolenich, Principal



Daisy Schneider, Assistant Principal