IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                             CASE NO: 3:99CR0332-02 (DRD)

LUIS R. RODRIGUEZ-BENITEZ
* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION IN RESPONSE TO COURT ORDER DATED AUGUST 14, 2007**

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER** of this Court, presenting an official report upon the conduct and attitude of offender Luis R. Rodríguez-Benitez, who on December 15, 2000, was ordered to serve an imprisonment term of sixty-eight (68) months to be followed by a four (4) year supervised release term, after he plead guilty to violating Title 21 U.S.C, § 846. The offender was also ordered to pay a $100 S.M.A., which he paid in full. On October 22, 2004, the offender was released from confinement, at which time his supervised release term commenced.

**RESPECTFULLY INFORMING THE COURT AS ORDERED:**

1. On August 14, 2007, our office received an order from Your Honor to submit our recommendation in relation to the offender's request for early termination.

2. Mr. Rodríguez-Benitez's adjustment to supervision has been positive. He has complied with the supervision conditions and has maintained stable employment. He has been recognized in his employment for his excellent performance. All urine samples collected have returned negative. Family members have been interviewed and he has maintained steady residence and no problems nor areas of concern were mentioned. He

has also been recognized in the community for his volunteer service. No illegal activity has been detected and the undersigned has no evidence of misconduct.

**WHEREFORE**, in view of the aforementioned, we respectfully inform Your Honor that we have no objections to Mr. Rodríguez-Benitez's petition for early termination.

In San Juan, Puerto Rico, this 20th day of August, 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
 Federal Office Building , Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz, Chief Criminal Division, U.S. Attorney's Office. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Mr. Luis Rodríguez-Benítez, Chalets del Parque #8, 12 Arbolote Ave., Guaynabo, PR 00969.

In San Juan, Puerto Rico, this 20th day of August 2007.

s/  Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 143
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov